**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 19, 2015

Ms. Lisa Catherine DeJaco
Wyatt, Tarrant & Combs
500 W. Jefferson Street
Suite 2800
Louisville, KY 40202

Ms. Maria Victoria Gillen
Tennessee Valley Authority
Office of the General Counsel
400 W. Summit Hill Drive
Knoxville, TN 37902

Re:  Case No. 15-5163, *Kentucky Coal Association, et al v. TVA*
Originating Case No. : 4:14-cv-00073

Dear Counsel:

   This appeal has been docketed as case number **15-5163** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 5, 2015**.

   Appellant:   Appearance of Counsel
               Civil Appeal Statement of Parties & Issues
               Transcript Order
               Disclosure of Corporate Affiliations
               Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:    Appearance of Counsel
                       Disclosure of Corporate Affiliations
                       Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                          Sincerely yours,

                                          s/Jeanine R. Hance
                                          Case Manager
                                          Direct Dial No. 513-564-7037


Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 15-5163

KENTUCKY COAL ASSOCIATION; JAMES ROGERS, III; J.L. ROGERS FAMILY LLC; TALMAGE ROGERS; TALMAR OF FL, LLC; PAT EARLY; KIRSTINE EARLY; BUCKINGHAM HOLLOW, LLC; KEVIN LAWRENCE; BIG BUCKS, LLC

  Plaintiffs - Appellants

v.

TENNESSEE VALLEY AUTHORITY

  Defendant - Appellee